UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-23675-BLOOM/Louis

RAYMOND T. MAHLBERG,

    Plaintiff,

v.

CHRISTOFLE SILVER, INC.,

    Defendant.

_____/

### PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, RAYMOND T. MAHLBERG, by and through undersigned counsel hereby files this Notice of Settlement to notify this Court that Plaintiff and Defendant have settled this matter. The documents for Dismissal will be filed within 20 days.

Dated this 21st day of October 2020.

    Respectfully submitted,

    *s/Acacia Barros*
    Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of October 2020 that the foregoing document the foregoing document has been filed using CM/ECF system and will be served via email to Defendant's attorney when he/she files an appearance.

    *s/Acacia Barros*
    Attorney for Plaintiff
    ACACIA BARROS, P.A.
    Acacia Barros, Esq.
    FBN: 106277
    11120 N. Kendall Dr., Suite 201
    Miami, Florida 33176
    Tel: 305-639-8381
    ab@barroslawfirm.com