## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Case No. 20-cv-23675-BLOOM/Louis**

RAYMOND T. MAHLBERG,

    Plaintiff,

v.

CHRISTOFLE SILVER, INC.,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Settlement, ECF No. [10], filed on **October 21, 2020**, that indicates that the parties have reached a settlement of the claims asserted in this case.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a settlement agreement for the Court's consideration and/or appropriate dismissal documentation.

2. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

3. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED** as moot, and all deadlines are **TERMINATED**.

Case No. 20-cv-23675-BLOOM/Louis

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 21, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record